

**FILED**

JUL 2 2 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-48-M-JCL |
| Pro Chiropractic/Big Sky Spinal Care Center DBA Pro Physio, 8757 Jackrabbit Lane, Belgrade, Montana | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 22nd day of July, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1